IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RONALD PROCTOR, | § | |
| | § | No. 505, 2015 |
| Defendant Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware, |
| STATE OF DELAWARE, | § | |
| | § | C.A. K15M-08-012 |
| Plaintiff Below- | § | |
| Appellee. | § | |
| | § | |

Submitted: February 17, 2016
Decided: February 22, 2016

**O R D E R**

This 22nd day of February 2016, it appears to the Court that, on December 3, 2015, the Chief Deputy Clerk issued a notice to the appellant to show cause why this appeal should not be dismissed for his failure to file his opening brief and appendix in this matter by the November 2, 2015 deadline. On January 5, 2016, the notice to show cause was re-sent to the appellant at his New York address. The appellant responded by asking for more time to file his brief. On January 25, 2016, the Clerk of the Court wrote to the appellant and informed him that the Court would hold the notice to show cause in abeyance pending receipt of his opening brief, which was now due on or before February 17, 2016. The appellant was informed that if his brief was not filed by the new deadline, his appeal would be dismissed without further

notice and would deemed to be unopposed. The appellant failed to file his opening brief. Dismissal of this appeal, therefore, is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, pursuant to Supreme Court Rules 3(b) and 29(b), that the within appeal is DISMISSED.

BY THE COURT:

*/s/ Randy J. Holland*
Justice

2